1 | McGREGOR W. SCOTT
United States Attorney
2 | S. ROBERT TICE-RASKIN
COURTNEY J. LINN
3 | Assistant U.S. Attorneys
501 I Street, Suite 10-100
4 | Sacramento, California  95814
Telephone: (916) 554-2738
5 |
Attorneys for Plaintiff
6 | United States of America

**FILED**

JUN  3 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
            DEPUTY CLERK

7

8

9 |                    UNITED STATES DISTRICT COURT

10 |              FOR THE EASTERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,       )    Case No. Mag. 05-052 PAN
                                    )
12 |                Plaintiff,       )    APPLICATION TO UNSEAL
                                    )    COMPLAINT; [PROPOSED] ORDER
13 |        v.                       )
                                    )
14 | RY PROK,                        )
                                    )
15 |                Defendant.       )
                                    )
16 | _____)

17 |                           APPLICATION

18 |
        On February 22, 2005, the Government filed a complaint for
19 |
this matter, this Court issued an arrest warrant, and the Court,
20 |
sealed the same.  Presently, the warrant has been executed and
21 |
there is no longer cause for these documents to remain sealed.
22 |
    ///
23 |
    ///
24 |
    ///
25 |
    ///
26 |
    ///
27 |
    ///
28

1   Accordingly, the Government respectfully requests that the
2   complaint for this matter be unsealed.
3   DATED: June 1, 2005
4                                   Respectfully submitted,
5                                   McGREGOR W. SCOTT
                                    United States Attorney.
6
7                             By:
                                    S. ROBERT TICE-RASKIN
8                                   Assistant U.S. Attorney
9
10                                  ORDER
11       Upon application of the Government, and good cause appearing
12   therefore, IT IS HEREBY ORDERED that the complaint and warrant
13   for the captioned matter be UNSEALED.
14   Date: June 3, 2005
15
16
                                    HONORABLE PETER A. NOWINSKI
17                                  United States Magistrate Judge
18
19
20
21
22
23
24
25
26
27
28                                    2